THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID L. COLEMAN,

        Plaintiff,

    v.

FOREMOST INSURANCE COMPANY
t/a FOREMOST INSURANCE GROUP,

        Defendant.

: CIVIL ACTION NO. 3:19-CV-749
: (JUDGE MARIANI)

## ORDER

**AND NOW, THIS** 22nd **DAY OF MARCH 2023**, upon consideration of Defendant's Motion for Summary Judgment (Doc. 39) and all relevant documents, for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion for Summary Judgment (DOC. 39) is **GRANTED**;

2. Judgment is entered in Defendant's favor on Plaintiff's statutory bad faith claim filed pursuant to 42 Pa. C.S. § 8371 contained in Count II of his Complaint (Doc. 1-1 at 11);

3. Plaintiff's alleged common law bad faith claim contained in Count I of the Complaint (Doc. 1-1 at 9) goes forward;

4. Trial in the above-captioned matter will be scheduled by separate Order.

                                                        Robert D. Mariani
                                                        United States District Judge